■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JIMMIE L. OLIVER, Appellant. [673 NYS2d 337] —Appeal from a judgment of the County Court of Chemung County (Danaher, Jr., J.), rendered January 10, 1996, convicting defendant upon his plea of guilty of the crime of attempted criminal possession of a controlled substance in the third degree.

Defendant pleaded guilty to the crime of attempted criminal possession of a controlled substance in the third degree and was sentenced as a second felony offender to a prison term of $3\frac{1}{2}$ to 7 years. Defendant appeals, contending that his prison sentence is harsh and excessive. We disagree. Defendant was permitted to plead to a lesser crime than that with which he was originally charged and he was sentenced in accordance with the plea agreement (*see, People v Williams*, 238 AD2d 633, *lv denied* 90 NY2d 866). Furthermore, we find no extraordinary circumstances warranting a reduction of the sentence imposed. Accordingly, we conclude that the sentence should not be disturbed (*see, id.*).

Mikoll, J. P., Mercure, White, Peters and Graffeo, JJ., concur. Ordered that the judgment is affirmed.